# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| JUSTIN LANCE KEY, | : | CIVIL ACTION NO. |
| Hall County ID # 56002, | : | 2:11-CV-00329-RWS-SSC |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HALL CNTY. DET. CTR., | : | PRISONER CIVIL ACTION |
|     Defendant. | : | 42 U.S.C. § 1983 |

## MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION

The Clerk docketed Plaintiff's complaint in this action on December 21, 2011. [Doc. 1]. Plaintiff neither paid the filing fee nor sought leave to proceed *in forma pauperis*. Therefore, on January 19, 2012, the Court ordered Plaintiff, within thirty days,

> to submit the full initial filing fee of $350.00 or to execute and return a financial affidavit that includes an authorization allowing his custodian to withdraw funds from his inmate account, a completed certificate from an authorized institutional officer regarding the current balance in his inmate account, and an inmate account statement for the preceding six months.

(Doc. 4 at 1). The Court advised Plaintiff that his failure to do so "may result in dismissal of this action." (Id.). To date, Plaintiff has submitted neither the filing fee nor a financial affidavit.

Accordingly, **IT IS RECOMMENDED** that this action be **DISMISSED without prejudice** due to Plaintiff's failure to obey a lawful Order. See LR 41.3.A.(2), NDGa.

AO 72A
(Rev.8/82)

The Clerk is **DIRECTED** to terminate the referral to the Magistrate Judge.

**SO RECOMMENDED and DIRECTED** this 26th day of March, 2012.


*Susan S. Cole*
SUSAN S. COLE
United States Magistrate Judge

AO 72A
(Rev.8/82)