**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| JUSTIN LANCE KEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 2:11-CV-0329-RWS |
| HALL COUNTY DETENTION CENTER, | : |
| | : |
| Defendant. | : |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [5] of Magistrate Judge Susan S. Cole.  After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court.  Accordingly, this action is hereby **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's failure to obey a lawful Order.  The Clerk shall close the case.

**SO ORDERED**, this   9th   day of May, 2012.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)